IN THE SUPREME COURT OF NORTH CAROLINA

2021-NCSC-128

No. 2A21

Filed 29 October 2021

JUSTIN WAYNE WARD

v.

JESSICA MARIE HALPRIN

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 274 N.C. App. 494, 853 S.E.2d 7 (2020), affirming orders entered on 24 October 2018 and 2 May 2019 by Judge Aretha V. Blake in District Court, Mecklenburg County. Heard in the Supreme Court on 5 October 2021.

*Wofford Burt, PLLC, by J. Huntington Wofford and Rebecca B. Wofford, for plaintiff-appellant.*

*Fox Rothschild LLP, by Michelle D. Connell and Kip D. Nelson, and Tom Bush Law Group, by Tom Bush and Rachel Rogers Hamrick, for defendant-appellee.*

PER CURIAM.

AFFIRMED.